# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GOLDEN ARROW RESEARCH, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ANCESTRY.COM DNA, LLC d/b/a Fold3<br><br>Defendants | Case No. 4:25-cv-00582 |

## DECLARATION OF GORDON ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Gordon Atkinson, declare as follows:

1. I am VP & General Manager, Family History Verticals for Ancestry.com Operations Inc. ("Ancestry"). Ancestry.com DNA, LLC is a subsidiary of Ancestry.com Operations Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Since December 2016, I have been employed by Ancestry. As part of my job responsibilities, I am familiar with Ancestry's operations and record keeping, and I have reviewed Ancestry's business records and other documents that provide the basis for my statements. Through this review and based on my personal knowledge, which I obtained through my employment, training, and expertise at Ancestry.com, I have personal knowledge of the facts stated in this declaration

3. Ancestry.com DNA, LLC is an LLC organized under the laws of Virginia with its principal place of business in Lehi, Utah. Ancestry.com DNA, LLC's sole member is

Ancestry.com Operations Inc., a Virginia corporation with its principal places of business in Lehi, Utah.

4. Neither Ancestry nor Ancestry.com DNA, LLC has offices or employees in the state of Missouri.

5. In 2010 Ancestry acquired iArchives, Inc. iArchives, Inc. is a Utah corporation with its principal place of business in Lehi, Utah and a subsidiary of Ancestry. iArchives, Inc. alone does business as Fold3, operates the Fold3.com website and sends the Fold3.com email distributions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 8, 2025.

By _____
Gordon Atkinson
VP & General Manager, Family History Verticals
Ancestry.com Operations Inc.