IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GOLDEN ARROW RESEARCH, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ANCESTRY.COM DNA, LLC d/b/a Fold3<br><br><br>Defendants | Case No. 4:25-cv-00582 |

**[PROPOSED] ORDER**

This matter came before the Court on the Motion to Dismiss by Defendant Ancestry.com DNA, LLC ("Ancestry"). Based upon consideration of all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Ancestry's Motion to Dismiss is GRANTED.

2. Plaintiff's claims against Ancestry are DISMISSED WITH PREJUDICE.

Dated: _____  _____
THE HONORABLE HENRY E. AUTREY
United States District Judge