UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GOLDEN ARROW RESEARCH, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:25-CV-582 HEA ) ) |
| ANCESTRY.COM DNA, LLC, *d/b/a Fold3*, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order of today's date, and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff Golden Arrow Research, LLC's cause of action against Defendant Ancestry.com DNA, LLC, is **DISMISSED** without prejudice for lack of personal jurisdiction.

Dated this 9th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE